UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM TUMANYAN,<br><br>            Plaintiff,<br><br>     v.<br><br>J. McCOMBER, et al.,<br><br>            Defendants. | No. 2:14-cv-2411 CKD P<br><br><br><br>ORDER |

By an order filed January 29, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants Andrade and Duc.  That thirty day period has since passed, and plaintiff has not responded to the court's order.  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.  (ECF No. 8.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated:  May 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / tuma2411.fusm